UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
MICHAEL O'CONNOR,                                             :   1:14-cv-05547-ARR-MDG
JOHNNY SZETO,                                                 :
ANTONIO ROSADO,                                               :
RICHARD DRAEGER,                                              :   **ECF CASE**
MICHAEL STOVALL,                                              :
DEBRA CONTINO,                                                :
GEORGE FISHER,                                                :
RONALD BRINKLEY,                                              :
HERBERT MAEWEATHER, *on behalf of*                            :
*themselves and others similarly situated*,                   :
                                                              :
                          Plaintiffs,                         :
                                                              :
            v.                                                :
                                                              :
HENKEL CORPORATION and                                        :
DIAL CORPORATION,                                             :
                                                              :
                          Defendants.                         :
                                                              :
-------------------------------------------------------------X

## NOTICE OF DEFENDANTS
## HENKEL CORPORATION AND DIAL CORPORATION'S
## MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all other papers and proceedings herein, Defendants Henkel Corporation and Dial Corporation will move this Court, before the Honorable Allyne R. Ross, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on May 29, 2015, or at such date and at a time to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the First Amended Complaint against Defendants and awarding such other relief as the Court deems just and proper.

ACTIVE 207477805v.3

Pursuant to the Court's order, opposition papers should be served no later than May 22, 2015, and reply papers should be served no later than May 29, 2015.

| | |
|---|---|
| Dated: New York, New York<br>May 7, 2015 | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br><br>By: /s/ James D. Arden<br>  James D. Arden<br>  jarden@sidley.com<br>  787 Seventh Avenue<br>  New York, New York 10019<br>  Telephone: (212) 839-5300<br>  Facsimile: (212) 839-5599<br><br>*Counsel for Defendants Henkel Corporation and Dial Corporation* |

Of counsel:
Richard D. Raskin
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

ACTIVE 207477805v.3